## EX PARTE SERRANO.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 75.—Resuelto en mayo 12, 1904.

DOMINIO—ESCRITO INICIAL—TÍTULO ESCRITO.—En el escrito inicial, promoviendo una información de dominio es necesario expresar que el promovente carece de título de dominio, a fin de que pueda inscribir su derecho por medio del procedimiento que establece el artículo 395 de la Ley Hipotecaria.(*)

ID.—POSESIÓN PARA ADQUIRIRLO—PRESCRIPCIÓN.—Para adquirir por prescripción el dominio de los inmuebles es indispensable acreditar el tiempo de posesión del promovente, o el que tuvieran sus causantes.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San Juan, a instancia de D. Miguel Serrano Carrasquillo, sobre dominio de dos fincas rústicas, pendientes ante nos de recurso de apelación interpuesto contra la sentencia dictada por el referido Tribunal de Distrito, la que copiada a la letra dice así:

"Puerto Rico, junio 30 de 1904.

"*Resultando:* que D. Miguel Serrano Carrasquillo promovió ante esta corte expediente para justificar el dominio de dos fincas rústicas radicadas en el barrio de los Cedros, de la Carolina, de 45 cuerdas, respectivamente, valiendo la una 350 pesos, y 100 la otra; expresando carecer de título de dominio inscrito.

"*Considerando:* que sólo pueden ampararse en las prescripciones del Título XIV de la Ley Hipotecaria los propietarios que carezcan de título de dominio escrito, circunstancia que por lo menos hay que hacer constar en el escrito inicial del procedimiento, no bastando alegar la carencia de título inscrito.

"*Visto* el artículo 395 de la Ley Hipotecaria. No ha lugar a declararse el dominio interesado. Lo acordó y firma el tribunal. Certifico: Juan Morera Martínez, Frank H. Richmond, José Tous Soto, Luis Méndez Vaz."

*Resultando:* que contra la expresada sentencia interpuso apelación la representación del promovente, la que fué admitida libremente y en ambos efectos, y que elevados los autos a esta Superioridad con citación y emplazamiento de las partes, y personada la apelante, se señaló día para la vista la que se verificó sin asistencia de las partes.

Abogado del apelante: *Sr. Emigdio S. Ginorio.*

Abogado del Pueblo: *Sr. Emilio del Toro, Fiscal.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.(*)

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Resultando:* que los testigos Don Eduvigis Viera y Rodríguez y D. Felipe Reyes y Pérez, única prueba producida por el promovente, sólo declaran que éste es dueño en pleno dominio, desde hace tiempo, de las dos fincas rústicas de que se trata en el presente informativo.

*Considerando:* que, aparte de no expresarse en el escrito inicial de estas diligencias, que el promovente, Don Miguel Serrano Carrasquillo, careciera de título de dominio, como era necesario para que pudiera inscribir su derecho por medio del procedimiento supletorio que establece el artículo 395 de la Ley Hipotecaria vigente, aparece además que la información practicada no ofrece mérito bastante para dictar la declaratoria de dominio que se interesa, pues los testigos presentados no acreditan el tiempo de posesión que lleve el promovente, ni el que llevaran sus causantes, requisito necesario para que pudiera estimarse bien probada la adquisición del dominio de un inmueble por la prescripción.

*Vistas* las disposiciones legales aplicables al caso.

*Fallamos:* que debemos confirmar y confirmamos la sentencia apelada, con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.